TRINA A. HIGGINS, United States Attorney (#7349)
AARON B. CLARK, Assistant United States Attorney (#15404)
CY H. CASTLE, Assistant United States Attorney (#4808)
Attorneys for the United States of America
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111
Tel: (801) 524-5682 ◆ Fax (801) 325-3310 ◆ cy.castle@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>LATASHA DENISE GRIFFIN,<br><br>                Defendant. | Case No. 2:21CR00478 DBB<br><br>MOTION FOR ORDER<br>OF FORFEITURE – FORFEITURE<br>MONEY JUDGMENT<br><br>Judge David B. Barlow |

       Pursuant to Fed R. Crim. P. Rule 32.2(b), the United States of America respectfully submits this Motion for Order of Forfeiture. In support of this motion, the government states:

       1.      On November 17, 2021, a federal grand jury sitting in the District of Utah, returned an Indictment charging Latasha Denise Griffin with Wire Fraud, in violation of 18 U.S.C. § 1343, (Counts 1-3), Theft of Government Money, in violation of 18 U.S.C. § 641, (Count 4) and Use of False Writing, in violation of 18 U.S.C. § 1001(a)(3), (Counts 5-11).

       2.      The United States sought forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(7) and 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p). The Court's jurisdiction in this matter is founded in 28 U.S.C. §1355.

       3.      On May 9, 2022, the defendant pleaded guilty to Wire Fraud (Count 1 of the Indictment). In the plea, the Defendant agreed to forfeit all property acquired from or traceable

to my offense[s] and all property that was used to facilitate my offense[s], including, but not limited to, the following specific property:

    A money judgment in the amount of $160,264.11

3.     Entry of the above money judgment is authorized by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p).

4.     In accordance with Fed. R. Crim. P. 32.2(b)(3), the United States requests that it be permitted to undertake whatever discovery is necessary to identify, locate, or dispose of property subject to forfeiture and/or substitute property.

5.     After discovery of any specific substitute asset, the United States will move, pursuant to Fed. R. Crim. P. 32.2(e) for an amended order of criminal forfeiture for the specific substitute asset. Upon entry of such an order, the United States will provide notice of the order allowing third parties who claim an interest in any such asset to petition the court for a hearing to adjudicate the validity of their interest in the asset, pursuant to 21 U.S.C. § 853.

6.     The United States requests pursuant to Fed. R. Crim. P. 32.2(b)(2)(B) "to allow the parties to suggest revisions or modifications before the order becomes final as to the defendant under Rule 32.2(b)(4)." We also request that the court reference the forfeiture order in its judgment. Fed. R. Crim. P. 32.2(b)(4)(B).

WHEREFORE, the United States respectfully requests that this Court enter the enclosed Order of Forfeiture.

Dated this 10th day of May, 2022.

                              TRINA A. HIGGINS
                              United States Attorney
                              /s/ *Cy H. Castle*
                              CY H. CASTLE
                              Assistant U.S. Attorney