THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LATASHA DENISE GRIFFIN,<br><br>　　　　　Defendant. | Case No. 2:21CR00478 DBB<br><br>ORDER OF FORFEITURE<br>(Forfeiture Money Judgment)<br><br>Judge David Barlow |

　　　　Based on the government's Motion for Order of Forfeiture, and good cause appearing,

　　　　IT IS HEREBY ORDERED:

　　　　1.　　　　As a result of a plea of guilty to Wire Fraud (Count 1 of the Indictment) in violation of 18 U.S.C. § 1343, and pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p), the defendant Latasha Denise Griffin shall forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property and any property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

　　　　2.　　　　Based on the Indictment and the Statement in Advance of Guilty Plea and Plea Agreement, the court finds that the amount of property involved in or obtained was $160,264.11 from the Wire Fraud offense.

3.  In accordance with Fed. R. Crim. P. 32.2(b)(1)(A), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), the court imposes a MONEY JUDGMENT against the defendant of $160,264.11, related to the Wire Fraud offense.

4.  Upon entry of this Order, in accordance with Fed. R. Crim. P. 32.2(b)(3), the United States may conduct any discovery necessary to identifying, locating, or disposing of any property of the defendant's that could be used to satisfy the judgment.

5.  Under Fed. R. Crim. P. 32.2(c)(1), no ancillary proceeding is required because this order only imposes a money judgment.

6.  Under Fed. R. Crim. P. 32.2(b)(4), this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and referenced in the judgment.

7.  To satisfy the money judgment in whole or in part, the United States may move at any time pursuant to Rule 32.2(e) to amend this order of forfeiture to forfeit substitute property having a value not to exceed $160,264.11.

8.  The Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

Dated this 11th day of May, 2022.

BY THE COURT:

_____
DAVID BARLOW
United States District Court Judge